**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Eric A Cohen

          Plaintiff,

v.                   Case No.: 1:17−cv−04385

                   Honorable Sara L. Ellis

Power Solutions International, Inc.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 19, 2019:

   MINUTE entry before the Honorable Sidney I. Schenkier: Settlement conference held. Settlement reached. Terms of confidential settlement placed on the record under seal. The matter is set for a status hearing with the magistrate judge on 09/11/19 at 9:00 a.m. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.