**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division**

| | |
|---|---|
| Eric A. Cohen,<br><br>                     Plaintiff,<br>    v.<br><br>Power Solutions International, Inc.,<br><br>                     Defendant. | Case No. 1:17-cv-4385<br>Honorable Sara L. Ellis<br>Magistrate Judge Sidney I. Schenkier |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Eric A. Cohen and Defendant Power Solutions International, Inc., by and through their undersigned attorneys, hereby stipulate and agree to dismiss with prejudice the Complaint in the above-captioned matter.

Dated: October 10, 2019

**BUCKLEY LLP**

*/s/ Christopher F. Regan*
Christopher F. Regan
Thomas A. Sporkin
Timothy J. Coley
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
cregan@buckleyfirm.com
tsporkin@buckleyfirm.com
tcoley@buckleyfirm.com

Scott Tadashi Sakiyama (No. 6302903)
353 N. Clark Street, Suite 3600
Chicago, IL 60654
Telephone: (312) 924-9893
ssakiyama@buckleyfirm.com

*Counsel for Plaintiff Eric A. Cohen*

Respectfully submitted,

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

*/s/ Colleen Grace DeRosa*
*(Signed by Christopher F. Regan with the Consent of Colleen G. DeRosa)*
Colleen Grace DeRosa (No. 6301589)
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
(312) 558-3028
colleen.derosa@ogletreedeakins.com

Hal A. Shillingstad
225 South Sixth Street, Suite 1800,
Minneapolis, MN, 55402
(612) 336-6869
hal.shillingstad@ogletreedeakins.com

Margaret H. Campbell
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
(404) 881-1300
margaret.campbell@ogletreedeakins.com

*Counsel for Defendant Power Solutions International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served via ECF a true and correct copy of the foregoing document to the following:

Colleen Grace DeRosa
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
(312) 558-3028
colleen.derosa@ogletreedeakins.com

Hal A. Shillingstad
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
225 South Sixth Street, Suite 1800,
Minneapolis, MN, 55402
(612) 336-6869
hal.shillingstad@ogletreedeakins.com

Margaret H. Campbell
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA 30303
(404) 881-1300
margaret.campbell@ogletreedeakins.com

*Counsel for Defendant Power Solutions International, Inc.*

This, the 10th day of October, 2019

/s/ Christopher F. Regan